UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ANGELA LYNN HAMEDL,

                          Plaintiff,                     **ORDER**

    -against-                                     24 Civ. 4107 (JCM)

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
-----------------------------------------------------------X

On December 2, 2024, the Court extended Plaintiff's time to file a reply to the Commissioner's Opposition, (Docket No. 16), to December 23, 2024. (Docket No. 18). As of today, no reply has been filed. If the Plaintiff does not submit a reply by March 25, 2025, the Court will deem this matter fully submitted.

Dated: March 18, 2025
       White Plains, New York

                                                        SO ORDERED:

                                                        _____
                                                        JUDITH C. McCARTHY
                                                       United States Magistrate Judge