**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
ANGELA LYNN H.,

                         Plaintiff,                    24 **CIVIL** 4107 (GRJ)

     -against-                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-----------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision & Order dated May 09, 2025, Plaintiff's Motion for Remand for Further Administrative Proceedings, which the Court construes as a motion for judgment on the pleadings (Docket No. 12) is DENIED; the Commissioner's request for Judgment on the Pleadings is GRANTED; and this case is DISMISSED. Final Judgment entered in favor of the Commissioner and the file is closed.

**Dated:** New York, New York
          May 12, 2025

                                                         **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                         **BY:**

                                                             **Deputy Clerk**